Hon. James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JASON BROWN,<br><br>                Plaintiff,<br><br>    v.<br><br>ALLSTREAM BUSINESS US, INC., an Oregon corporation, ALLSTREAM BUSINESS US, LLC, an Oregon limited liability company and ELECTRIC LIGHTWAVE, LLC, a Delaware Limited Liability Company,<br><br>                Defendants. | No. 18-cv-01619-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING |

THIS MATTER, having come before the Court on Plaintiff Jason Brown and Defendants Allstream Business US, Inc., Allstream Business US, LLC, and Electric Lightwave, LLC's Stipulated Motion for Relief from Deadline for Defendants to File Responsive Pleading, and the Court having reviewed the motion and for good cause shown,

IT IS HEREBY ORDERED THAT:

The Stipulated Motion for Relief from Deadline for Defendants to File a Responsive Pleading is GRANTED and the deadline for each Defendant to file its

//

[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING - 1
Case No. 18-cv-01619-JLR

BULLARD LAW
A Professional Corporation
Attorneys at Law
200 SW Market Street, Suite 1900
Portland, Oregon 97201
(503) 248-1134
Fax: (503) 224-8851

1  responsive pleading is extended by fourteen (14) days, to and including November 27,
2  2018.
3  Presented by:
   s/ Megan J. Crowhurst
4  Megan J. Crowhurst, WSB No. 50795
   Attorney for Defendants
5
6         Dated this 13th day of November, 2018.
7
                                              _____
8                                             HONORABLE JAMES L. ROBART
                                              UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER GRANTING MOTION FOR
RELIEF FROM DEADLINE FOR DEFENDANTS TO
FILE RESPONSIVE PLEADING - 2
Case No. 18-cv-01619-JLR

BULLARD LAW
A Professional Corporation
Attorneys at Law
200 SW Market Street, Suite 1900
Portland, Oregon 97201
(503) 248-1134
Fax: (503) 224-8851