Hon. Judge James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JASON BROWN,

    Plaintiff,

vs.

ALLSTREAM BUSINESS US, INC., an Oregon corporation, ALLSTREAM BUSINESS US, LLC, an Oregon limited liability company and ELECTRIC LIGHTWAVE, LLC, a Delaware Limited Liability Company,

    Defendants.

No.: 18-cv-01619-JLR

STIPULATION AND ORDER TO DISMISS DEFENDANTS ALLSTREAM BUSINESS US, INC., AND ELECTRIC LIGHTWAVE, LLC

NOTE ON MOTION CALENDAR: January 22, 2019

## I. STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate and agree that Defendants, Allstream Business US, Inc., and Electric Lightwave, LLC, should be dismissed

//

//

STIPULATION AND ORDER TO DISMISS ALLSTREAM BUSINESS US, INC., AND ELECTRIC LIGHTWAVE, LLC
Case No. 18-CV-01619-JLR

- 1 -

Pendragon Law Group, LLC
1001 Fourth Avenue
Suite 3200
Seattle, Washington 98154
Phone (206) 781-3443
Fax (206) 830-9244

from this action, with prejudice, and removed from the case caption, with each party to bear their own attorney's fees and costs.

DATED this 22nd day of January, 2019.

Stipulated to and presented by:

| Pendragon Law Group, LLC | Bullard Law |
|---|---|
| /s/ Frederick J. Newman, IV | /s/ Megan J. Crowhurst |
| Frederick J. Newman, IV, WSBA #29135 | David J. Riewald, WSBA #18758 |
| Attorney for Plaintiff | Megan Crowhurst, WSBA #50795 |
|  | Nomi D. Johnson, WSBA #51896 |
|  | Attorneys for Defendants |

## II. ORDER

THIS MATTER having come before the Court upon the foregoing stipulation of the parties, and the Court being fully advised in the premises, with the parties having informed the Court that Defendants, Allstream Business US, Inc., and Electric Lightwave, LLC, should be dismissed from this matter, with prejudice, and removed from the case caption, without fees or costs to any party.

It is so ORDERED.

DATED this 23rd day of January, 2019

Honorable James L. Robart
United States District Judge

STIPULATION AND ORDER TO DISMISS ALLSTREAM BUSINESS US, INC., AND ELECTRIC LIGHTWAVE, LLC
Case No. 18-CV-01619-JLR

- 2 -

Pendragon Law Group, LLC
1001 Fourth Avenue
Suite 3200
Seattle, Washington 98154
Phone (206) 781-3443
Fax (206) 830-9244