Hon. James L. Robart

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

11  JASON BROWN,

12          Plaintiff,                          No. 18-cv-01619-JLR

13      v.                                      [PROPOSED] ORDER GRANTING
                                                STIPULATED MOTION FOR RELIEF
14  ALLSTREAM BUSINESS US, LLC, an              FROM DEADLINE TO DISCLOSE
    Oregon limited liability company,           EXPERT TESTIMONY UNDER
15                                              FRCP 26(a)(2)
            Defendant.
16

17

18          THIS MATTER, having come before the Court on Plaintiff Jason Brown's

19  and Defendant Allstream Business US, LLC's Stipulated Motion for Relief from Deadline

20  to Disclose Expert Testimony under FRCP 26(a)(2), and the Court having reviewed the

21  motion and for good cause shown,

22          IT IS HEREBY ORDERED THAT:

23          The Stipulated Motion for Relief from Deadline to Disclose Expert

24  Testimony under FRCP 26(a)(2) is GRANTED and the deadline to Disclose Expert

25  Testimony under FRCP 26(a)(2) is extended by twenty-eight (28) days, to and including

26

**[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR RELIEF FROM
DEADLINE TO DISCLOSE EXPERT
TESTIMONY UNDER FRCP 26(a)(2)**
Case No. 18-cv-01619-JLR

BULLARD LAW
A Professional Corporation
Attorneys at Law
200 SW Market Street, Suite 1900
Portland, Oregon 97201
(503) 248-1134
Fax:  (503) 224-8851

1  November 13, 2019.

2  Presented by:
   s/ Megan J. Crowhurst

3  Megan J. Crowhurst, WSB No. 50795
   Attorney for Defendant, Allstream Business US, LLC

4

5          Dated this 23rd day of ___October___, 2019.

6

7                                   HONORABLE  JAMES L. ROBART
                                    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**[PROPOSED] ORDER GRANTING**
**STIPULATED MOTION FOR RELIEF FROM**
**DEADLINE TO DISCLOSE EXPERT**
**TESTIMONY UNDER FRCP 26(a)(2)**
Case No. 18-cv-01619-JLR

BULLARD LAW
A Professional Corporation
Attorneys at Law
200 SW Market Street, Suite 1900
Portland, Oregon 97201
(503) 248-1134
Fax: (503) 224-8851

1

## CERTIFICATE OF SERVICE

2  I hereby certify that on October 14, 2019 I served the foregoing **[PROPOSED]**
**ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINE**
3  **TO DISCLOSE EXPERT TESTIMONY UNDER FRCP 26(a)(2)** on:

4
       Frederick J. Newman, IV
       Pendragon Law Group, LLC
5
       1001 4th Avenue, Suite 3200
6
       Seattle, WA 98154

7  ☑     by **electronic** means through the Court's Case Management/Electronic Case File
system, which will send automatic notification of filing to each person listed
8         above.

9  ☐     by **mailing** a true and correct copy to the last known address of each person
listed.  It was contained in a sealed envelope, with postage paid, addressed as
10         stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

11  ☐     by causing a true and correct copy to be **hand-delivered** to the last known
address of each person listed.  It was contained in a sealed envelope and
12         addressed as stated above.

13  ☐     by causing a true and correct copy to be delivered **via overnight courier** to the
last known address of each person listed.  It was contained in a sealed envelope,
14         with courier fees paid, and addressed as stated above.

15  ☐     by **faxing** a true and correct copy to the last known facsimile number of each
person listed, with confirmation of delivery.  It was addressed as stated above.
16
☐     by **emailing** a true and correct copy to the last known email address of each
17         person listed, with confirmation of delivery.

18
       By: s/Megan J. Crowhurst
19            David J. Riewald, WSBA No. 18758
          Megan J. Crowhurst, WSBA No. 50795
20            Naomi D. Johnson, WSBA No. 51896
          Attorneys for Defendant, Allstream Business US, LLC
21

22

23

24

25

26

CERTIFICATE OF SERVICE- 1
Case No. Case No. 18-cv-01619-JLR

BULLARD LAW
A Professional Corporation
Attorneys at Law
200 SW Market Street, Suite 1900
Portland, Oregon 97201
(503) 248-1134
Fax:  (503) 224-8851