Hon. James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JASON BROWN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALLSTREAM BUSINESS US, LLC, an Oregon limited liability company,<br><br>　　　　　Defendants. | No. 18-cv-01619-JLR<br><br>**STIPULATION AND ORDER TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**December 27, 2019** |

## I.　STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree that this matter should be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Dated this 27th day of December, 2019.

| | |
|---|---|
| PENDRAGON LAW GROUP, LLC | BULLARD LAW |
| s/ Frederick J. Newman, IV<br>Frederick J. Newman, WSBA No. 29135<br>Attorney for Plaintiff | s/ Megan J. Crowhurst<br>David J. Riewald, WSBA No. 18758<br>Megan J. Crowhurst, WSBA No. 50795<br>Naomi D. Johnson, WSBA No. 51896<br>Attorneys for Defendant Allstream Business US, LLC. |

**STIPULATION AND ORDER TO DISMISS** - 1
Case No. 18-cv-01619-JLR

BULLARD LAW
A Professional Corporation
Attorneys at Law
200 SW Market Street, Suite 1900
Portland, Oregon 97201
(503) 248-1134
Fax: (503) 224-8851

## II.    ORDER

THIS MATTER having come before the Court upon the foregoing stipulation of the parties, and the Court being fully advised in the premises, with the parties having informed the Court that this matter should be dismissed with prejudice, without fees or costs to any party.

IT IS SO ORDERED.

DATED this 2nd day of ~~December, 2019~~ January, 2020.

_____
Honorable James L. Robart
United States District Judge

**STIPULATION AND ORDER TO DISMISS - 2**
Case No. 18-cv-01619-JLR

BULLARD LAW
A Professional Corporation
Attorneys at Law
200 SW Market Street, Suite 1900
Portland, Oregon 97201
(503) 248-1134
Fax: (503) 224-8851

# CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2019 I served the foregoing **STIPULATION AND ORDER TO DISMISS** on:

>Frederick J. Newman, IV
>Pendragon Law Group, LLC
>1001 4th Avenue, Suite 3200
>Seattle, WA 98154

☑ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

☐ by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed. It was contained in a sealed envelope and addressed as stated above.

☐ by causing a true and correct copy to be delivered **via overnight courier** to the last known address of each person listed. It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

☐ by **faxing** a true and correct copy to the last known facsimile number of each person listed, with confirmation of delivery. It was addressed as stated above.

☐ by **emailing** a true and correct copy to the last known email address of each person listed, with confirmation of delivery.

s/ Megan J. Crowhurst
David J. Riewald, WSBA No. 18758
Megan J. Crowhurst, WSBA No. 50795
Naomi D. Johnson, WSBA No. 51896
Attorneys for Defendant Allstream Business US, LLC.

CERTIFICATE OF SERVICE- 1
Case No. Case No. 18-cv-01619-JLR

BULLARD LAW
A Professional Corporation
Attorneys at Law
200 SW Market Street, Suite 1900
Portland, Oregon 97201
(503) 248-1134
Fax: (503) 224-8851